UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE CHRISTENSEN FIRM,<br><br>              Plaintiff,<br><br>v.<br><br>CHAMELEON DATA CORPORATION, and DEREK S. DOHN,<br><br>              Defendants. | C06-337Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion for voluntary dismissal of malpractice counterclaim, docket no. 134, is GRANTED. Defendants' malpractice counterclaim is DISMISSED without prejudice.

(2) Defendants' related motion for protective order, docket no. 134, is STRICKEN as moot.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 25th day of February, 2008.

BRUCE RIFKIN, Clerk

By    s/ Claudia Hawney
      Claudia Hawney
      Deputy Clerk