UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE CHRISTENSEN FIRM,

    Plaintiff,

v.

CHAMELEON DATA CORPORATION, and DEREK S. DOHN,

    Defendants.

Case No. C06-337TSZ

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF THE CHRISTENSEN FIRM , and on behalf of DEFENDANTS CHAMELEON DATA CORPORATION and DEREK S. DOHN in the amount of $2,573.15 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. COPY COSTS | $1,706.34 | $1,194.34 | $512.00 |

General copying costs are not allowed. Clerk allowed 30% of requested costs. These allowed costs represents clerks estimate of copying directly related to filing of pleadings in case.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| II. RESEARCH COSTS(PACER, LEXIS NEXIS, COURIERS) | $2,459.66 | $2,459.66 | 0 |

Costs for research and couriers are not taxable.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III. MEDIATION COSTS | $1,025.00 | $1,025.00 | 0 |

Costs for mediation are not taxable.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. DEPOSITION COSTS | $3,231.15 | $2,061.15 | $1,170.00 |

Costs for both deposition transcripts and video depositions are not taxable. Clerk allowed costs reporter's appearance fees and transcripts. Costs for video deposition were not allowed.

Dated this   28th   day of AUGUST, 2008 .

*[signature]*

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2