UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE CHRISTENSEN FIRM,

    Plaintiff,

v.

CHAMELEON DATA CORPORATION, and DEREK S. DOHN,

    Defendants.

Case No. CO6-337TSZ

CORRECTED TAXATION OF COSTS

    Costs in the above-entitled action are hereby taxed against PLAINTIFF THE CHRISTENSEN FIRM and on behalf of DEFENDANTS CHAMELEON DATA CORPORATION and DEREK S. DOHN in the amount of $1,682.00. This order corrects the mathematical error contained in the Clerk's Taxation of Costs, Doc.223.

    Dated this ___9th___ day of APRIL, 2009 .

_____
Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1